# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLENE JOYNER | : No. _____ |
| Plaintiff | : |
| v. | : |
| OFM, INC., OFM, LLC and JOHN DOE | : |
| Defendants | : |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Casey James, Esq., and the law firm of Cozen O'Connor, on behalf of Defendant, OFM, LLC, in the above-captioned matter.

Dated:  August 8, 2022          **COZEN O'CONNOR**

/s/ *Casey James*
Casey James
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Ph. (215) 665-2124
*cjames@cozen.com*

*Attorney for Defendant OFM, LLC*

LEGAL\59062171\1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2022, a true and correct copy of the foregoing Notice of Appearance was served as part of the ECF filing system and via email as follows:

Louis B. Himmelstein & Associates
1420 Walnut Street, Suite 1000
Philadelphia, PA 19102
lawyers@himmelsteinlawoffices.com
Ph. (215) 790-9996

*Attorney for Plaintiff*

COZEN O'CONNOR

*/s/ Casey James*
Casey James

LEGAL\59062171\1