IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLENE JOYNER,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OFM, LLC *et al.*,** | : | No. 22-3153 |
| *Defendants* | : | No. 23-707 |

**ORDER**

**AND NOW**, this 17th day of November, 2023, upon consideration of OFM's Motion for Leave to File a Third-Party Complaint (ECF No. 9), Kanewell's Motion to Dismiss (ECF No. 12), all replies and responses thereto, and for the reasons set forth in the accompanying memorandum, is it hereby **ORDERED** that:

1. OFM's Motion for Leave (ECF No. 9) is **DENIED**.[1]

2. Kanewell's Motion to Dismiss (ECF No. 12) is **DENIED.**

3. Kanewell shall file its Answer within 21 days of this Order.

It is **FURTHER ORDERED** that the parties are reminded to file any future documents on the docket in *Joyner v. OFM, LLC*, No. 22-3153, consistent with this Court's previous Order (ECF No. 13).

BY THE COURT:

s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**United States District Judge**

---

[1] Kanewell is already a party to this litigation, so any potential joinder issue is moot. Furthermore, OFM, LLC need not file a third-party complaint against Kanewell because OFM has pending crossclaims against Kanewell stemming from the original state court action. Those crossclaims remain.

1